KEITH H.S. PECK        6825-0
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 384-7325
Facsimile: (808) 595-7146
E-Mail:    lawcenterhawaii@aol.com

Attorney for Plaintiffs-Appellants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Maria Mandeville. individually and on behalf of her minor child, J.M.,<br><br>    Plaintiffs-Appellants,<br><br>    vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>    Defendants-Appellees. | Civil No. 15-00476-DKW/RLP<br>(Other Civil Action)<br><br>**PLAINTIFFS-APPELLANTS NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT** |

## PLAINTIFFS-APPELLANTS NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff-Appellants M.M., individually and on behalf of her minor child, J.M., ("Student" or collectively "Appellants") by and through their attorneys, hereby submit this Notice of Voluntary Dismissal of Complaint, originally filed on November 13, 2015.

This notice is in conformity with Fed. R. Civ. P. 41(a)(1)(i). The Complaint in this matter have never been Answered by Defendants.

DATED: Honolulu, Hawaii, March 16, 2016.

    _s/ Keith Peck_____
    KEITH H.S. PECK

    Attorney for Plaintiffs-Appellants